UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CASE NO.:   11-2207-MJD/LIB

ATS INTERNATIONAL, INC.,
a corporation,
      PLAINTIFF,

vs.

LAP DISTRIBUTION PTE LTD,
a foreign corporation,
      DEFENDANT.
_____/

## NOTICE OF MOTION TO COMPEL ARBITRATION

PLEASE TAKE NOTICE that Plaintiff ATS International, Inc. ("ATSI") will bring on for hearing its Motion to Compel Arbitration at a date and time to be determined, before the Honorable Michael J. Davis, U.S. District Court Judge. That hearing will be held at the Warren E. Burger Federal Building and United States Courthouse, 316 North Robert Street, 100 Federal Building, St. Paul, MN 55101.

Dated: August 17, 2011

                                              GRAY, PLANT, MOOTY,
                                              MOOTY & BENNETT, P.A.

                                              By    s/Kelly Hoversten
                                                 Kelly Hoversten (#320419)
                                            500 IDS Center
                                            80 South Eighth Street
                                            Minneapolis, Minnesota 55402
                                            Telephone: (612) 632-3203
                                            Facsimile: (612) 632-4203
                                            Kelly.Hoversten@gpmlaw.com

                                            ATTORNEYS FOR PLAINTIFF
                                            ATS INTERNATIONAL, INC.

-AND-

RUMRELL & BROCK, P.A.
Lindsey C. Brock III
Fla Bar #971669
Deborah R. Reid
Fla Bar #0012871
9995 Gate Parkway North, Suite 190
Jacksonville, Florida 32246
(904) 996-1100
(904) 996-1120 (facsimile)

GP:3027329 v1