UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ATS International, Inc.,

    Plaintiff,

v.

LAP Distribution PTE, Ltd.,

    Defendant.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Civ. No. 11-2207 (MJD/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That Plaintiff's Motion to Compel Arbitration [Docket No. 5] be **GRANTED**.

DATED: January 6, 2012
At Minneapolis, Minnesota

s/Michael J. Davis
Michael J. Davis, Chief Judge
United States District Court