UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

ATS International, Inc.,

      Plaintiff,

                                          ORDER ADOPTING
v.                            REPORT AND RECOMMENDATION

LAP Distribution PTE, Ltd.,

      Defendant.                        Civ. No. 11-2207 (MJD/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That Plaintiff's Motion to Compel Arbitration [Docket No. 5] be **GRANTED**.

DATED: January 6, 2012                      s/Michael J. Davis
At Minneapolis, Minnesota            Michael J. Davis, Chief Judge
                                                  United States District Court