UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ATS International, Inc.,

      Plaintiff,

vs.                                                                    ORDER ADOPTING
                                               REPORT AND RECOMMENDATION

LAP Distribution PTE, Ltd.,

      Defendant.                                         Civ. No. 11-2207 (MJD/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That Plaintiff's Motion to Confirm Arbitration Award [Docket No. 25] is **GRANTED** and that judgment is entered accordingly.

DATED: July 13, 2012                                    s/Michael J. Davis
At Minneapolis, Minnesota                     Michael J. Davis, Chief Judge
                                                            United States District Court